

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00549-CR

David Michael **ESPIRITU,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9243
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Attorney Debra L. Parker is the court-appointed appellate counsel for Appellant David Michael Espiritu. On December 9, 2019, counsel filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967); *see also Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014). The next day, counsel filed a motion to withdraw.

The *Anders* brief and the motion to withdraw do not comply with the requisite procedures. *See Kelly*, 436 S.W.3d at 319–20. The following are defects in the documents.

- Appellant's brief fails to do the following:
  - advise Appellant that counsel has filed a motion to withdraw;
  - advise Appellant that an *Anders* brief has been filed and provide Appellant with a copy of the brief;
  - advise Appellant of the right to file a pro se brief, and provide the associated deadlines; and
  - advise Appellant of the right to file a petition for discretionary review with the Texas Court of Criminal Appeals if this court determines the appeal is frivolous.
- Counsel's motion to withdraw is applicable to a post-judgment, pre-notice of appeal time period, not a post-*Anders* brief stage, and it fails to confirm the following:
  - that Appellant was sent a copy of the motion to withdraw,

- o  that Appellant was sent a copy of the *Anders* brief, and
- o  that Appellant was sent a completed pro se motion, addressed to this court, for a free copy of the record and which lacks only Appellant's signature and date.

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38 or the requisite procedures for an *Anders* brief. *See* TEX. R. APP. P. 38.9(a); *see also Kelly*, 436 S.W.3d at 319–20; *High v. State*, 573 S.W.2d 807, 813 (Tex. Crim. App. [Panel Op.] 1978).

Therefore, we STRIKE Appellant's *Anders* brief and ORDER court-appointed counsel Debra L. Parker to file an amended brief and copies of the required documents within TEN DAYS of the date of this order. **The amended brief and documents must correct all the violations listed above and fully comply with the applicable rules and procedures.** *See, e.g.*, TEX. R. APP. P. 9.4, 9.5, 38.1; *Kelly*, 436 S.W.3d at 319–20; *High*, 573 S.W.2d at 813.

If counsel timely files a brief that complies with this order, the State's brief or brief waiver letter will be due thirty days after Appellant's amended *Anders* brief is filed. *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

MICHAEL A. CRUZ,
Clerk of Court